**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID KISSI,<br><br>          Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>          Defendant. | Case No. 25-cv-3782 (JMC) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Plaintiff's requests for leave to file, ECF 26; ECF 28, are **DENIED**; and it is further

**ORDERED** that Plaintiff's request for leave to file an application to proceed *in forma pauperis*, ECF 27, is **GRANTED**, but the application itself is **DENIED** as moot; and it is further

**ORDERED** that Defendant's motion to dismiss, ECF 12, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: April 29, 2026

1